**No. 09-8044. Loyd Landon Sorrow, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4156.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 948, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1424.

**No. 09-8122. Gary A. Parmelee, Petitioner v. Bill McCollum, Attorney General of Florida, et al.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4100.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1311.

**No. 09-8168. Lyndon Hale, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4107.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 976, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2042.

**No. 09-8212. Barry Reese, Petitioner v. United States.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4128.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1362.

**No. 09-8213. Stephen D. Thibeau, Petitioner v. Massachusetts.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4120.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2006.

**No. 09-8317. Charles F. Tucker, Petitioner v. Georgia.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4139.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2137.